IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>CYNTHIA KNIGHT<br>SSAN: XXX-XX-2397<br><br><br><br>Debtor(s) | Case No. 15-31461-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Monday, June 1, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, July 23, 2015.

(**X**) The plan failed to make provisions for the following secured/priority creditors listed Creditor(s): First Franklin.

(X) Plan is not filed in good faith. Debtor is paying 0% to unsecured creditors, but paying for two (2) cars.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Tuesday, August 18, 2015.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P. O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | Curtis C. Reding<br>Chapter 13 Trustee<br><br><br><br>By:/s/ *Curtis C. Reding* |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Tuesday, 18 August, 2015.

CYNTHIA KNIGHT
564 SHADY GROVE DR
MONTGOMERY , AL 36109

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/ *Curtis C. Reding*
Curtis C. Reding