IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

**In re:**  CASE NO. 15-31461

Cynthia Knight  Chapter 13

  Debtor

## MOTION FOR RELIEF FROM STAY

Name of Creditor: VCP Bridge Kroft, LLC dba Bridge Kroft Apartments

Creditor moves for an order for relief from the stay to pursue specific remedies for possession of rental property available to the creditor. In support of its motion, creditor alleges the following:

1. Debtor executed a lease agreement with VCP Bridge Kroft, LLC dba Bridge Kroft Apartments on February 27, 2017 for the term of March 1, 2017 through February 28, 2018 for an apartment located at 3045 Strathmore Drive Apt. C Montgomery, AL 36116. The debtor was to pay monthly rent in the amount of $714.00. A copy of the Apartment Lease Contract is attached hereto as Exhibit "A".

2. The Debtor has defaulted in her monthly rent. She has failed to pay since May 2017. She currently has an outstanding balance owed of $4,207.76. A copy of the Debtor's Resident Ledger is attached hereto as Exhibit "B".

3. The Creditor will suffer irreparable harm if not granted relief from the stay.

4. Debtor's plan is unfeasible.

/s/ Angie Ingram
Angie Ingram
Attorney for Creditor
VCP Bridge Kroft, LLC dba Bridge Kroft Apartments

P.O. Box 361741
Birmingham, AL 35236-1741
(205) 440-1786
ai@angieingramlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document has been filed with the Clerk of the Court for immediate electronic service upon the following:

Richard D. Shinbaum
Attorney for Debtor
rshinbaum@smclegal.com

Sabrina L. McKinney
Trustee
trustees_office@ch13mdal.com

/s/ Angie Ingram
Angie Ingram